[969 NE2d 214, 946 NYS2d 97]

In the Matter of DAMIAN G. and Another, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JACQUELYN M. et al., Appellants.

Decided May 8, 2012

### APPEARANCES OF COUNSEL

*Koslosky & Koslosky*, Utica (*William L. Koslosky* of counsel), for Jacquelyn M., appellant.

*Mary R. Humphrey*, New Hartford, for Christopher G., appellant.

*John A. Herbowy*, Utica, for respondent.

*Susan B. Marris*, Manlius, Attorney for the Children.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and petition dismissed. The determinations of neglect against Jacquelyn M. and Christopher G. are not supported by legally sufficient evidence.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.